07-20139.or1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20139-CR-MIDDLEBROOKS-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARS MICOLTA-HURTADO and
EYDER XIOMARA BEJARANO-OYALA,

    Defendants.
_____/

## ORDER RE: *GARCIA* HEARING

**This matter** is before this Court on an Order of Reference to hold a *Garcia* hearing to determine if each defendant has voluntarily waived his/her right to conflict free counsel. On February 12, 2008, a hearing was held with both defendants, their counsel, and the AUSA present.

Both defendants were explained, in detail and using several examples, the pitfalls of two defendants being represented by the same attorney. They were reminded of their right to separate and individual counsel and offered appointed counsel or the appointment of counsel to discuss the issue of conflict free counsel.

Both defendants appeared to understand the discussion in its entirety and at the conclusion of same freely and voluntarily chose to keep their current attorney. Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**

1

that defendants be permitted to keep their dual representation counsel in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of February, 2008.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Donald M. Middlebrooks
      Counsel of record

2